IN THE UNITED STATES DISTRICT COURT FOR THE
                         NORTHERN DISTRICT OF ILLINOIS

| Gerard Campbell, Carolyn Campbell, | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | No. 13 C 5778 |
| Zimmer, Inc., et al, | ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) |  |

## ORDER

    Pursuant to Stipulation, the above cause is dismissed with prejudice. Each party to bear its own costs.

ENTER:

Dated: February 17, 2015

_____
REBECCA R. PALLMEYER
United States District Judge